Decided January 27, 2005

### STATE OF CONNECTICUT *v.* GARY LEE

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 323 (AC 23551), is denied.

*Robert E. Byron*, special public defender, in support of the petition.

*Bruce R. Lockwood*, assistant state's attorney, in opposition.

Decided January 27, 2005

### HOMER G. SCOVILLE *v.* SHOP-RITE SUPERMARKETS, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 86 Conn. App. 426 (AC 24063), is denied.

*Andrew J. O'Keefe* and *Joseph M. Busher, Jr.*, in support of the petition.

*Barbara A. Frederick, Craig A. Raabe, Lisa K. Titus, Charles D. Ray* and *Eric W. Wiechmann*, in opposition.

Decided January 27, 2005